1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aventis Behring, LLC, et al., | No. CV12-0243-PHX-DGC |
| Plaintiffs, | **ORDER** |
| vs. | |
| Justin Dotson, et al., | |
| Defendants. | |

On February 9, 2012, the Court held a hearing on Plaintiffs' application for temporary restraining order.  Doc. 3.  Counsel for Plaintiffs were present, as were the attorney Defendants who are acting as counsel for the Dotsons in the state court matter.  On the basis of an extended discussion with the parties, the Court entered the following order:

1.      Defendants shall require that $329,891.34 of the settlement funds to be paid to Justin Dotson, Laura Dotson, and Griffin Dotson be interpled in the probate division of the Maricopa County Superior Court or in this Court.  Defendants shall take all appropriate steps to ensure that this amount of settlement funds is paid directly into an interpleader account in one of these two courts.

2.      Plaintiffs' application for a temporary restraining order (Doc. 3) is otherwise **denied**.

Dated this 13th day of February, 2012.

_David G. Campbell_

_____

David G. Campbell
United States District Judge